NOTICE: NOT FOR OFFICIAL PUBLICATION.
UNDER ARIZONA RULE OF THE SUPREME COURT 111(c), THIS DECISION IS NOT PRECEDENTIAL
AND MAY BE CITED ONLY AS AUTHORIZED BY RULE.

IN THE

# ARIZONA COURT OF APPEALS
### DIVISION ONE

STATE OF ARIZONA, *Respondent*,

*v.*

MARTWANE DESHAY MACKEY, *Petitioner*.

No. 1 CA-CR 17-0246 PRPC
FILED 1-16-2018

Petition for Review from the Superior Court in Maricopa County
No. CR2011-132605-001
The Honorable Warren J. Granville, Judge

**REVIEW GRANTED; RELIEF DENIED**

APPEARANCES

Martwane Deshay Mackey, Florence
*Petitioner*

Maricopa County Attorney's Office, Phoenix
By Diane Meloche
*Counsel for Respondent*

---

## MEMORANDUM DECISION

Presiding Judge James P. Beene, Judge Randall M. Howe and Judge Kent E. Cattani delivered the following decision.

---

**PER CURIAM:**

**¶1**          Petitioner Martwane Deshay Mackey seeks review of the superior court's order denying his petition for post-conviction relief, filed pursuant to Arizona Rule of Criminal Procedure 32.1.  This is Petitioner's fourth petition for post-conviction relief.

**¶2**          Absent an abuse of discretion or error of law, this court will not disturb a superior court's ruling on a petition for post-conviction relief. *State v. Gutierrez*, 229 Ariz. 573, 577, ¶ 19, 278 P.3d 1276, 1280 (2012).  It is petitioner's burden to show that the superior court abused its discretion by denying the petition for post-conviction relief.  *See State v. Poblete*, 227 Ariz. 537, ¶ 1, 260 P.3d 1102, 1103 (App. 2011) (petitioner has burden of establishing abuse of discretion on review).

**¶3**          We have reviewed the record in this matter, the superior court's order denying the petition for post-conviction relief, and the petition for review.  We find that petitioner has not established an abuse of discretion.

**¶4**          We grant review and deny relief.

